IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MUNAWER SMITH,** | : |
| | :    **Civil Action File No.:** |
| **Plaintiff,** | : |
| **v.** | : |
| | :    **1:16-cv-00514-TCB** |
| **PST Services, Inc.,** | : |
| | : |
| **Defendant.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Munawer Smith and Defendant PST Services, Inc. hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Andrew Y. Coffman | /s/ Leslie A. Dent |
| Andrew Y. Coffman | Leslie A. Dent |
| Georgia Bar No. 173115 | Georgia Bar No. 218566 |
| acoffman@pcwlawfirm.com | ldent@littler.com |
| | |
| PARKS, CHESIN & WALBERT, P.C. | LITTLER MENDELSON, P.C. |
| 75 Fourteenth Street, 26th Floor | 3344 Peachtree Road, N.E. |
| Atlanta, GA  30309 | Suite 1500 |
| (404) 873-8000 | Atlanta, Georgia  30326-4803 |
| *Attorneys for Plaintiff* | (404) 233-0330 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to such filing to the following attorneys of record:

> Leslie A. Dent
> Amy M. Palesch

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 22nd day of November, 2016.

>  /s/  *Andrew Y. Coffman*
> Andrew Y. Coffman